UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT PIKEVILLE
CASE NO.: 17-cv-00081

*Electronically Filed*

ROGER WILLIAMSON                                                                                          PLAINTIFF

v.                                    **STIPULATION OF DISMISSAL**

MARK J. SWOFFORD, D.O.;
TRI-STATE UROLOGY, LLC;
PIKEVILLE MEDICAL CENTER, INC.; and
UNKNOWN DEFENDANTS, JOHN DOES 1-5                                                DEFENDANTS

\* \* \* \* \*

Come the parties, Plaintiff Roger Williamson, and Defendants Mark J. Swofford, D.O, Tri-State Urology, LLC, and Pikeville Medical Center, Inc., by counsel, pursuant to Federal Rule of Civil Procedure 41, and hereby stipulate as follows:

1. The claims of the Plaintiff asserted in this action against each Defendant are hereby dismissed, with prejudice; and

2. The parties shall each pay their own costs and attorneys' fees with respect to the claims dismissed herein.

ACCORDINGLY, IT IS HEREBY ORDERED AND ADJUDGED that the Plaintiff's claims against each Defendant are DISMISSED WITH PREJUDICE. There being no just cause for delay, this is a final and appealable order. This matter should be stricken from the active docket.

Having seen and agreed:

/s/ Tyler Mastin with permission
Stephen M. Garcia
William M. Artigliere
Tyler Mastin
GARCIA ARTIGLIERE & MEDBY
444 East Main Street, Suite 108
Lexington, KY 40507
Telephone: (502) 584-3805
Facsimile: (502) 584-3811
*Counsel for Plaintiff*

/s/ Donald K. Brown, Jr.
Donald K. Brown, Jr.
Caitlin E. Housley
O'Bryan, Brown & Toner, PLLC
401 South Fourth Street, Suite 2200
Louisville, KY 40202
*Counsel for Defendants, Mark J. Swofford, D.O.,
and Tri-State Urology, LLC*

/s/ Miranda Click with permission
Miranda Click
H. Ryan Altman
EAST KENTUCKY LAW GROUP, P.S.C.
127 Park Street
Pikeville, KY 41501
*Counsel for Defendant, Pikeville Medical Center, Inc.*